**IT IS ORDERED as set forth below:**

**Date: March 18, 2019**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.  16-40255-BEM |
| | ) | |
| Rachel Austin, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

### ORDER AND NOTICE OF HEARING

On March 14, 2019, Debtor filed a Motion for an Expedited Hearing on Motion to Incur New Debt by Purchasing Automobile.  (Doc. 57).  Having reviewed the Motion, it is hereby

**ORDERED** that the motion for the expedited hearing is granted and NOTICE IS HEREBY GIVEN the Court will hold a hearing on this matter **Wednesday, March 20th, 2019** at **10:00AM** in **Courtroom 342**, United States Courthouse, 600 East First Street, Rome, Georgia; It is further

**ORDERED** that Debtor's Attorney serve notice of the hearing to all the parties and creditors in this case on the date of the entry of this order by email, facsimile, or overnight mail.  Debtor's counsel shall file a certificate of service within one date of the date hereof.

[END OF DOCUMENT]

Prepared by:

/s/
Dan Saeger
Georgia Bar No.680628
RICKMAN & ASSOCIATES, PC
706 S Thornton Ave Ste D
Dalton, GA 30720
(P) 706-529-5566
dan@whitfieldcountylaw.com

**DISTRIBUTION LIST**

Dan Saeger
RICKMAN & ASSOCIATES, PC
706 S Thornton Ave Ste D
Dalton, GA 30720