**IT IS ORDERED as set forth below:**

Date: July 2, 2020

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.: 16-40255-BEM |
| Rachel Arlene Austin, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

### ORDER ON DEBTOR'S MOTION TO APPROVE SETTLEMENT AND RETAIN ALL EXCESS PROCEEDS

On May 13, 2020, Debtor filed a "Motion to Approve Settlement and Retain Excess Proceeds" (Doc No. 71) seeking an approval of a settlement stemming from a vehicle accident. The matter was scheduled for a hearing and held on June 10, 2020. Attorney for the Debtors and the Trustee appeared and no opposition was announced.

The motion proposes to pay off the Debtor's Chapter 13 Case and for any excess proceeds to go to the Debtor.

It is hereby

ORDERED that the settlement is approved. It is further

ORDERED that the Special Counsel shall remit all excess proceeds directly to the Chapter 13 Trustee's office for payment to the debtor's creditors.

**[END OF DOCUMENT]**

Prepared and Presented by:

  /s/_____
Dan Saeger
Georgia Bar No.680628
SAEGER & ASSOCIATES, LLC
706 S Thornton Ave. Ste. D
Dalton, GA 30720
706-529-5566
dan@whitfieldcountylaw.com

No Opposition:

           /s/_____    *with express permission*
Sonya Buckley for Mary Ida Townson
Georgia Bar Number
Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

**DISTRIBUTION LIST**

All Parties in the attached matrix.