**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: |
| **Rachel Arlene Austin,** | 16−40255−bem |
| | CHAPTER: 13 |
| Debtor(s) | JUDGE: Barbara Ellis−Monro |

**NOTICE OF FILING PROOF OF TRANSFER OF CLAIM**

**Proposed Transferee:** Dilks & Knopik, LLC
**Proposed Transferor:** Summit Financial Corp.
Owner of claim per Court records: Summit Financial Corp.
Claim Number(s)  4

   Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.  Objections to this transfer, if any, must be filed with the

Clerk, U. S. Bankruptcy Court
Room 339, Federal Building
600 East First Street
Rome, GA 30161−3187

within twenty−one days from the date of this notice and a copy served upon the opposing party. If no objections are filed,

the transferee will be substituted as the claimant in this case.

Dated November 24, 2020

*[signature]*

M. Regina Thomas , Clerk of Court
U.S. Bankruptcy Court

Form 428